UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.                                                                  Case No. 3:24-cr-00116-MPS

CHRISTOPHER ADAMS

### JUDICIAL NOTICE CONCERNING COUNSEL

**Judge Shea,** Please take notice of the following.

I have been unable to reach my attorney Since July 3rd 2024, despite numerous attempts to communicate with him via phone and written correspondence.

My family has tried to reach him as well with no success.

I am requesting his assistance in seeking pre-trial release, and ask for the court to contact counsel and request he respond to my requests. I believe I have been more than patient and at this time seek your assistance in moving this case forward.

Christopher Adams                                                July 30, 2024

*[signature]*

Chris Adams
DWDF
950 High St
Central Falls RI
02863

US POSTAGE
quadient
CORRECTION
IMI
$000.73
07/31/2024 ZIP 02863
043M31235627

U.S. District Court
ATTN: Clerk
915 Lafayette Blvd
Bridgeport CT 06604